| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | PATRICK T. CONNOR, Bar No. 89136<br>pconnor@deconsel.com<br>MARGARET R. GIFFORD, Bar No. 118222<br>mgifford@deconsel.com<br>DeCARLO, CONNOR & SHANLEY<br>A Professional Corporation<br>533 S. Fremont Avenue, 9th Floor<br>Los Angeles, California 90071-1706<br>Telephone:  213/488-4100<br>Telecopier:  213/488-4180 |

**MADE JS-6**

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit ; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>ADOLFO CARRANZA, also known as ADOLFO CARRANZA-TINAJERO, individually and doing business as A C T CONSTRUCTION, a sole ownership; A.C.T. CONSTRUCTION, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 10-2010 GW(JCx)<br><br>JUDGMENT<br><br><br>Before the Honorable<br>   George H. Wu<br><br><br>DATE: August 23, 2010<br>TIME:  8:30 a.m.<br>CTRM:  10 |

This case came for hearing on August 23, 2010 before the Honorable George H. Wu, United States District Court Judge.

It appearing that defendant, ADOLFO CARRANZA, also known as ADOLFO CARRANZA-TINAJERO, individually and doing business as A C T CONSTRUCTION, a sole ownership, and A.C.T. CONSTRUCTION, INC., a

California corporation, having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against ADOLFO CARRANZA, also known as ADOLFO CARRANZA-TINAJERO, individually and doing business as A C T CONSTRUCTION, a sole ownership, and A.C.T. CONSTRUCTION, INC., a California corporation, as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $27,484.48 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date (November 2, 2009) | 1,513.58 |
| 3. | Audit Fees | 1,431.00 |
| 4. | Bank NSF fees | 20.00 |
| 5. | Interest from billing date to August 23, 2010 (accruing at $5.34 per day) | 1,817.85 |
| 6. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 3,331.43 |
| 7. | Attorneys' fees pursuant to Local Rule 55-3 | 2,426.94 |
| | GRAND TOTAL | $38,025.28 |

////

////

8. Plus costs to be determined after entry of judgment.

9. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum.

DATED: August 23, 2010    _____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford  7/22/10
    MARGARET R. GIFFORD
    Attorney for Plaintiffs