CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> ADOLFO CARRANZA, also known as ADOLFO CARRANZA-TINAJERO, individually and doing business as A C T CONSTRUCTION, a sole ownership; A.C.T. CONSTRUCTION, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 10-2010 GW(JCx) <br><br> RENEWAL OF JUDGMENT BY CLERK |

The judgment debtors, ADOLFO CARRANZA, also known as ADOLFO CARRANZA-TINAJERO, individually and doing business as A C T CONSTRUCTION, a sole ownership, and A.C.T. CONSTRUCTION, INC., a California corporation, ("DEFENDANTS") having judgment entered against them on August 26, 2010.

NOW, upon amended application of CARPENTERS SOUTHWEST

ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon amended declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CARPENTERS TRUSTS.

That judgment against DEFENDANTS be renewed in the amount of $38,961.28 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | | | |
|---|---|---|---|---:|
| a. | Principal | .............. | $ | 28,935.48 |
| b. | Judgment interest | .............. | $ | 6,662.86 |
| c. | Costs | .............. | $ | 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 | .............. | $ | 2,426.94 |
| Subtotal (Judgment as entered) | | .............. | $ | 38,025.28 |
| a. | Total Judgment | .............. | $ | 38,025.28 |
| b. | Credit received | .............. | $ | 0.00 |
| c. | Interest after judgment computed from August 26, 2010 through May 18, 2020 at 0.25% ($0.27 per day) | .............. | $ | 935.00 |
| d. | Subtotal | .............. | $ | 38,960.28 |
| e. | Costs after judgment | .............. | $ | 0.00 |
| Total Renewed Judgment | | .............. | $ | 38,960.28 |

DATED: June 02, 2020

_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: _____
CASEY JENSEN
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts